# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

United States of America )
v. )
Brandon Nemeth )  Case No: 2:08CR00015-007
 )  USM No: 09135-028
Date of Original Judgment: 11/04/2009 )
Date of Previous Amended Judgment: )  Sara J. Varner
*(Use Date of Last Amended Judgment if Any)*  *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  96  months **is reduced to**  77 months, or time served  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  11/04/2009  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  2/13/15

*Judge's signature*

Effective Date:  11/01/2015    Honorable William T. Lawrence, U.S. District Court Judge
*(if different from order date)*    *Printed name and title*